# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
## CHAPTER 13 PLAN (Individual Adjustment of Debts)

DEBTOR: Emilio Salgado          JOINT DEBTOR: Nubia Salgado          CASE NO.:_____
Last Four Digits of SS# 3899          Last Four Digits of SS# 8789

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 50 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ 143.60 for months 1 to 50 ; in order to pay the following creditors:

<u>Administrative</u>:    Attorney's Fee - $ 3650 TOTAL PAID $1500 Balance Due $ 2450
                       payable $ 98 /month ( Months 1 to 25 )

<u>Secured Creditors</u>: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. None                    Arrearage on Petition Date  $
Address:_____    Arrears Payment   $_____/month (Months ____ to ____)
              _____    Regular Payment   $_____/month (Months ____ to ____)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | $ | % | $ | ____ To ____ | |

<u>Priority Creditors</u>: [as defined in 11 U.S.C. §507]

1. None           Total Due  $_____
                     Payable     $_____/month (Months ____ to ____) Regular Payment $_____

<u>Unsecured Creditors</u>: Pay $ 31.24/month (Months 1 to 25) and Pay $ 129.24/month (Months 26 to 50).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtors are current with secured creditors Wells Fargo Home Mortgage Account No: xxx9262, Wells Fargo Home Mortgage Account No: xxxx1321 and will continue to pay said creditors directly outside the chapter 13 plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

    /s/Robert Sanchez, Esq.                       /s/Robert Sanchez, Esq.
Attorney for Debtor                                  Attorney for Joint Debtor
Date: 6-21-2016                                      Date: 6-21-2016

LF-31 (rev. 01/08/10)