UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
Division: Miami

PROCEEDING UNDER CHAPTER 13
CASE No.-16-18780-RAM

EMILIO A SALGADO
NUBIA Y SALGADO

    DEBTOR(S)
_____/

## NOTICE OF WITHDRAWAL OF (ECF #17)TRUSTEE'S OBJECTION TO DEBTOR'S CLAIM OF EXEMPTIONS

Notice is hereby given that the Trustee's Objection to Debtor's Claim of Exemptions (ECF #17) is hereby withdrawn.

I HEREBY CERTIFY that a true and correct copy of the Foregoing Notice of Withdrawal was mailed to those parties listed this 15TH day of November, 2016.

/s
NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FLORIDA 33027-4166
Telephone: (954) 443-4402

COPIES FURNISHED TO:
Emilio A Salgado
Nubia Y Salgado
12712 NW 102nd Court
Hialeah Gardens, FL 33018-6021

Robert Sanchez, Esq, (ECF)